IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | |
|---|---|
| TOMMY RASH § § *Plaintiff,* § § VS. § § CHUBB LLOYD'S INSURANCE § COMPANY OF TEXAS § § *Defendant.* § | CIVIL ACTION NO. 9:22-CV-00086 JUDGE MICHAEL J. TRUNCALE |

## ORDER DISMISSING CASE WITH PREJUDICE

Before the Court is the Parties' Joint Stipulation of Dismissal. [Dkt. 9]. The Parties are seeking a dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). To the extent that the Parties' dismissal is not yet in effect, this case is dismissed with prejudice.

It is therefore **ORDERED** that this case is **DISMISSED WITH PREJUDICE**, and the Parties shall bear their own attorney's fees and costs.

It is further **ORDERED** that all Court dates and deadlines are hereby **VACATED**, and all pending motions filed herein are **DENIED AS MOOT**.

**SIGNED this 16th day of December, 2022.**

_____
Michael J. Truncale
United States District Judge